RANDY S. GROSSMAN
United States Attorney
A. DALE BLANKENSHIP
JONATHAN I. SHAPIRO
Assistant United States Attorneys
California Bar No. 235960/268954
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-6705/8225
Email: dale.blankenship@usdoj.gov
Email: jonathan.shapiro@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 22CR1241-RSH |
|---|---|
| Plaintiff, | |
| v. | **UNITED STATES' STATUS REPORT ON DISCOVERY** |
| MICHAEL SEAN TRIPPE, et al, | |
| Defendants. | |

COMES NOW, the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Randy S. Grossman, United States Attorney, A. Dale Blankenship and Jonathan I. Shapiro, Assistant United States Attorneys, and hereby files its status report on discovery, pursuant to Rule 16.1.

I. **BACKGROUND**

On June 3, 2022, the Grand Jury returned an indictment charging Defendants Michael Sean Trippe and Brett Patrick Wenbourne in a two-count indictment alleging violations of Title 18, United States Code, Sections 1959(a)(1) and 1959(a)(2) –

Kidnapping in Aid of Racketeering, and Assault with a Dangerous Weapon in Aid of Racketeering.  Defendant Sean Michael Trippe is charged only in Count 2.  Defendant Brett Patrick Wenbourne is charged in both Counts.

On June 9, 2022, the United States filed a notice of related cases as to <u>United States v. Todd Mathew Johnson et al</u>, 20CR3236-JAH and 20CR3235-JAH and <u>United States v. Candace Eve Hadfield</u>, 22CR1079-RBM.

Both Defendants were arraigned on the Indictment on June 10, 2022.

The charged offenses stem from the kidnapping and stabbing of Person 1 on December 7, 2020, in San Diego, California.  As outlined in the Indictment, the Defendants kidnapped and stabbed Person 1 in furtherance of the Aryan Brotherhood enterprise.  The Aryan Brotherhood operates inside and outside federal and state penal systems. Once released from incarceration, Aryan Brotherhood members are required to remain loyal to the Aryan Brotherhood, to abide by its rules and code of conduct, and to work to further the goals of the Aryan Brotherhood while in the community.

## II.     RULE 16.1 STATUS REPORT

Pursuant to Rule 16.1 and Local Rule 16.1, the parties must meet and confer within 14 days of the arraignment to discuss a timetable and procedures for pretrial disclosure. On September 22, 2022, the United States and defense counsel Peter Blair, Esq., and Roland J. Haddad, Esq., met and conferred via conference call regarding discovery and further court proceedings.  Prior to this conference call, the United States and defense counsel maintained communication regarding ongoing discovery.

To date, the United States has produced more than 160 gigabytes of discovery, including arrest reports, Defendants' rap sheets, audio and video files.

The United States has additional discovery to provide to defense counsel and anticipates further discovery to be in excess of 10 gigabytes.  The United States is currently reviewing those files for discovery.

To date, there are no disagreements between the parties regarding discovery.

DATED: September 22, 2022        Respectfully submitted,

RANDY S. GROSSMAN
United States Attorney

/s/ *A. Dale Blankenship*
A. Dale Blankenship
Jonathan I. Shapiro
Assistant United States Attorneys