1  ADAM GORDON
   United States Attorney
2  A. DALE BLANKENSHIP
3  JONATHAN I. SHAPIRO
   Assistant United States Attorneys
4  California Bar Nos. 235960/268954
5  United States Attorney's Office
   880 Front Street, Room 6293
6  San Diego, California 92101-8893
7  Telephone: (619) 546-6705/8225

8  Attorneys for the Plaintiff
9  UNITED STATES OF AMERICA

10           **UNITED STATES DISTRICT COURT**

11          **SOUTHERN DISTRICT OF CALIFORNIA**

12  UNITED STATES OF AMERICA,      Case No.: 22CR1241/24CR907-RSH

13              Plaintiff,          **UNITED STATES' SENTENCING**
                                    **MEMORANDUM**
14        v.

15  BRETT PATRICK WENBOURNE (2),
       aka "Split,"
16
              Defendant.
17

18  ─────────────────────────────

19       The plaintiff, UNITED STATES OF AMERICA, by and through its counsel,

20  Adam Gordon, United States Attorney, A. Dale Blankenship and Jonathan I. Shapiro,

    Assistant United States Attorneys, hereby files its Sentencing Memorandum in the case for
21
    Defendant Brett Patrick Wenbourne, and Victim Impact Statement (Attachment
22
    A).
23
    //
24
    //
25
    //
26
    //
27
    //
28

# I.

## STATEMENT OF THE CASE

A.    *Procedural Background*

On June 3, 2022, the Grand Jury returned an indictment charging defendants Michael Sean Trippe and Brett Patrick Wenbourne in a two-count indictment alleging violations of Title 18, United States Code, Sections 1959(a)(1) and 1959(a)(2) – Kidnapping in Aid of Racketeering (Count 1), and Assault with a Dangerous Weapon in Aid of Racketeering (Count 2).  Defendant Michael Sean Trippe is charged only in Count 2.  Defendant Brett Patrick Wenbourne is charged in both Counts.

On June 9, 2022, the United States filed a notice of related cases as to <u>United States v. Todd Mathew Johnson et al.</u>, 20CR3236-RGH and 20CR3235-RGH, and <u>United States v. Candace Eve Hadfield</u>, 22CR1079-RGH.

Both Defendants were arraigned on the Indictment on June 10, 2022.

On May 3, 2024, the Grand Jury returned an indictment charging Defendant Wenbourne in Count one of a two-count indictment alleging violation of Title 21, United States Code, Sections 841(a)(1) and 846, Conspiracy to Distribute Methamphetamine.

On October 31, 2024, Defendant Trippe entered a guilty plea to Count 2 of the Indictment. Sentencing for Defendant Trippe is currently set for July 11, 2025.

On November 7, 2024, Defendant Wenbourne entered a guilty plea to Count 2 of the Indictment in 22CR1241-RSH and Count 1 of 22CR907-RSH. Sentencing for Defendant Wenbourne is set for May 9, 2025.

# II.

## STATEMENT OF FACTS

A.    <u>Introduction</u>

Defendant Michael Sean TRIPPE is an Aryan Brotherhood member.  Defendant Brett Patrick WENBOURNE is a member of the Lakeside Gangsters, a race-based white supremacist criminal street gang.  As a member of a race-based gang, WENBOURNE and his gang were subordinate to the Aryan Brotherhood and Aryan Brotherhood members,

and further, according to his own intercepted communications, WENBOURNE was an Aryan Brotherhood associate[1].

On December 7, 2020, for the purpose of gaining entrance to and maintaining and increasing his position in the Aryan Brotherhood, WENBOURNE kidnapped Donald Denney from an Autozone store in Santee, California.  WENBOURNE forced Denney to drive from the Autozone store to Fanuel Park, in Pacific Beach, California.  At Fanuel Park, TRIPPE stabbed Denney in the chest, causing a five-inch-deep stab wound.  The reason for this attack was that TRIPPE believed that Denney wrongfully claimed to be a member of the Aryan Brotherhood.

B.    Aryan Brotherhood Background

The Aryan Brotherhood, also known as the "Brand" or the "AB," is a race-based gang formed in the California prison system in 1964 by white inmates who wanted to gain power and authority in prison.  The Aryan Brotherhood eventually expanded not only to state prison systems nationwide, but also to the federal prison system.

Aryan Brotherhood members are recruited from within, and sometimes outside of, the prison population.  "For new members, the AB has a policy of 'blood in, blood out': potential members must commit a murder to gain full membership and can only leave when they die." *United States v. Bingham*, 653 F.3d 983, 987 (9th Cir. 2011).  However, exceptions have been made for new recruits who have shown a willingness to kill. *Id.* at 987 n.1. To be considered for AB membership, an inmate must be sponsored by two members, a primary and a secondary sponsor. Generally, the inmate must also serve a probationary term, during which his conduct is observed by Aryan Brotherhood members. If his conduct is satisfactory, the inmate is admitted to the Aryan Brotherhood. Once accepted, an Aryan Brotherhood member is required to commit any criminal act that the

---

[1] To be clear, just because a person is a member of race-based gang does not mean that they are an Aryan Brotherhood member.  As will be explained in more detail, to be a member in the Aryan Brotherhood a person must first be approved by other Aryan Brotherhood members.

22CR1241/24CR907-RSH

enterprise asks of him. An AB member pledges his life to the enterprise. All AB members are men.

The Aryan Brotherhood has an unwritten code of conduct that governs the behavior of its members. They are: 1. Do not cooperate with law enforcement. 2. Keep your word. 3. Never be a coward. Aside from these rules, AB members are required, when ordered, to kill without hesitation. AB members are also prohibited from engaging in other conduct, such as being convicted of child molestation, engaging in homosexual behavior, and accruing a drug debt to an inmate of another race while in prison. The enterprise's unwritten rules also require, among other things, that members and those hoping to be considered for membership commit acts of violence against any non-member that falsely claims membership in the enterprise.

The Aryan Brotherhood enforces its rules of conduct and promotes discipline among the enterprise by murdering, attempting to murder, conspiring to murder, assaulting, extorting, and threatening those who either violate the rules or pose a threat to the enterprise. The Aryan Brotherhood also uses murder, the threat of murder, and assault to preserve, protect, and expand its position of power within the California prison system and outside the prison system.

AB members tend to believe that a prison stabbing committed by an AB member should be executed in a bloody and cruel manner so that it leaves a lasting impression on other inmates. This AB belief stems from the reality that white inmates are a minority in every California prison. Therefore, AB-ordered prison attacks, which tend to stand out as particularly gruesome, deter rival inmates from confronting the enterprise's members and associates. In other words, the AB's extreme violence has a purpose: It warns other would-be attackers that they risk severe retaliation. The deliberate message in the AB's violence is, "If you cross the AB, then this is what will happen to you." These extreme violent attacks also carry over to activity outside the prison system. Although AB membership consists of only .1% of the California prison population, they are responsible for approximately 50% of prison homicides.

Inmates and others who do not follow the orders of the Aryan Brotherhood are subject to murder, as is anyone who uses violence against an Aryan Brotherhood member. Inmates who cooperate with law enforcement authorities are instantly "put in the hat" – *i.e.* marked for death.

Both state and federal AB factions have distinct membership and leadership; however, both are part of the same organization. According to The California Department of Corrections, the AB currently has an estimated 290 members/associates incarcerated in prison/jail and on the streets throughout the state of California.

Members of the Aryan Brotherhood signify their membership through a variety of insignia and symbols including but not limited to the shamrock, the swastika, the "SS" lightning bolts, the numbers "666," and the numbers "88."

C.    Aryan Brotherhood Influence and Control

In addition to full-fledged Aryan Brotherhood members, the enterprise includes associates, who are people closely affiliated with the Aryan Brotherhood. Associates are required to follow the orders of Aryan Brotherhood members. Associates who do not fulfill their obligations to the enterprise are subject to murder.

The Aryan Brotherhood controls subordinate race-based gangs outside of prison. After release from incarceration, both federal and state AB members are required to remain loyal to the Aryan Brotherhood, abide by its rules and code of conduct, and work to further the goals of the Aryan Brotherhood while in the community. The AB collects "taxes" or payments from subordinate gangs to further their criminal enterprise. These subordinate gang members are often involved in illegal activity including drug trafficking, firearms trafficking, fraud extortion, murder, and assaults. A portion of the profits from these illegal activities is paid to the Aryan Brotherhood members (including Aryan Brotherhood members who are in prison and those who are not in prison) as a tax. Subordinate gang members who do not pay these taxes risk assault, robbery, or even being murdered by Aryan Brotherhood members or associates.

D.     December 7, 2020 – Kidnapping and Assault on Donald Denney

    1.     The Kidnapping

During early December 2020, Donald Denney was in a romantic relationship with Candace Hadfield.  Hadfield became aware that Denney was an Aryan Brotherhood member, and Denney confirmed to Hadfield that in fact he was an Aryan Brotherhood member. Of note, Denney became an Aryan Brotherhood member while in federal custody, not state custody, but dropped out of Aryan Brotherhood prior to his release from custody.

On December 7, 2020, Hadfield contacted Denney and asked to meet him at an AutoZone store in Lakeside, California at about 6:00 p.m.  Denney traveled to the AutoZone store, and after he arrived, Hadfield got in Denney's vehicle.  While both were in Denney's vehicle still parked in front of the AutoZone store, WENBOURNE arrived. WENBOURNE confronted Denney, and the two exchanged words.  Within minutes, Denney and WENBOURNE walked a few steps away to an area behind a church that shares the same parking lot with the AutoZone.  An acquaintance of WENBOURNE joined the two.  While behind the church, WENBOURNE and his acquaintance made telephone calls. During these telephone calls, WENBOURNE and his acquaintance made inquiries about whether the respective call recipients were familiar with Denney, albeit by his gang moniker, "Cricket."  As their exchange continued, the topic turned to Denney's Aryan Brotherhood membership.

Ultimately, WENBOURNE told Denney that he (Denney) had to go to Pacific Beach to talk to WENBOURNE's homeboys.  Denney wasn't in a position to refuse this request. WENBOURNE told Denney that he had a gun.  WENBOURNE, Denney, and Hadfield all loaded into Denney's vehicle, and they departed for Pacific Beach.  Denney was driving and WENBOURNE was in the backseat giving directions. By virtue of his association with the federal Aryan Brotherhood, Denney was aware of the great risk he faced having been confronted about Aryan Brotherhood membership.

//

//

6

2.    The Stabbing at Fanuel Park

The trio arrived at Fanuel Park in Pacific Beach and parked. Hadfield stayed near the vehicle while WENBOURNE and Denney started walking towards the park. Before they left the car, though, WENBOURNE told Denney to turn off his telephone, which is standard protocol for Aryan Brotherhood meetings.

As WENBOURNE and Denney approached the middle of the park, TRIPPE came from the direction of some nearby apartments. At the time, TRIPPE was living in an apartment adjacent to Fanuel Park. As he approached, TRIPPE told Denney, "I'm that guy." Denney replied, "Hey, I am that dude."  In gang speak, this is code for being a member of the Aryan Brotherhood. These are words of consequence. In context, TRIPPE was confronting Denney about his claims of being an Aryan Brotherhood member by identifying himself as an Aryan Brotherhood member. As a member of the Aryan Brotherhood, Denney was fully aware of how consequential this statement was.

As TRIPPE got closer to the duo, WENBOURNE left Denney's side and stood next to TRIPPE. TRIPPE, with WENBOURNE now by his side, squared off with Denney. TRIPPE told Denney that he was tired of people claiming to be brothers (Aryan Brotherhood members) when they are not.  At some point during this confrontation, WENBOURNE took a few steps toward Denney. While Denney's attention was directed toward WENBOURNE, TRIPPE stabbed him in the chest.

After being stabbed, Denney took a step back and told WENBOURNE and TRIPPE they would be in a box within a week and that he (Denney) was a federal Aryan Brotherhood member.  TRIPPE looked at WENBOURNE and said words to the effect of, "You guys told me he was from state."  Apparently, TRIPPE recognized that he just stabbed another Aryan Brotherhood member.  TRIPPE discussed with Denney how to handle the situation. Ultimately, Denney said he would drive to a gas station before calling for help and that he would make up a story about being stabbed by a homeless person. TRIPPE told Denney not to tell anyone that he was stabbed in the park because he lived right next to the park.  Denney agreed not to.  This plan appeared to be acceptable to

22CR1241/24CR907-RSH

1  TRIPPE. At this point, they hugged it out. TRIPPE even offered to host a barbecue for
2  Denney.

3     There were other people in the park while this was all happening.   There was a
4  woman walking a dog.   The dog was wearing a plaid sweater.   The woman introduced
5  herself to Denney after Denney was stabbed.  (During a subsequent search at TRIPPE's
6  residence by the park, investigators found the plaid dog sweater and the dog.)   Hadfield
7  was still next to Denney's vehicle.

8        3.     Denney Drives to the Valero Gas Station and Calls 911

9     Denney left Fanuel Park and drove to the Valero Gas Station at 4352 Ingraham
10  Street.   At about 7:13 p.m., Denney called 911. San Diego Police Department (SDPD)
11  Officers Lowenstein and Silva responded to the gas station and contacted Denney. Upon
12  contact, Officer Silva could see that Denney had a 2-inch laceration to his chest. Denney's
13  clothing was covered in blood.   Officer Silva tried to ask Denney what happened, and
14  Denney claimed he could not remember. When medics arrived at the scene, Denney was
15  loaded into the ambulance. While inside the ambulance, Denney told Officer Silva he had
16  been stabbed by an unknown male while seated in his car. The male tried to rob him while
17  he was stopped at a stop sign.

18        4.     Denney Questioned in the Hospital

19     Denney was eventually transported to Scripps La Jolla Hospital trauma unit. After
20  being treated in the trauma room, Officer Lowenstein approached Denney again. This time
21  Denney explained to Officer Lowenstein that he was a former Aryan Brotherhood member.
22  Denney told Lowenstein that over the past few days, he had been in a casual romantic
23  relationship with a female named Candace (later identified as Candace Hadfield). During
24  the time they spent together, Hadfield was aware that Denney was a validated Aryan
25  Brotherhood member.   Denney went on to explain the circumstances surrounding the
26  kidnapping and assault at Fanuel Park.

27     After speaking with Officer Lowenstein, San Diego Police Department Detective
28  Schmidt traveled to the hospital to speak to Denney.  Detective Schmidt is assigned to the

San Diego Police Department Criminal Intelligence Unit.  Part of Detective Schmidt's responsibilities includes monitoring the criminal activities of some of the white gangs, including the Aryan Brotherhood. Denney described the events leading up to his assault in Fanuel Park to Detective Schmidt.

According to Denney, on the afternoon of December 7, 2020, Hadfield asked Denney to meet her at AutoZone in Lakeside to talk with someone about whether Denney was a real AB member. Denney agreed to go to this meeting. When he arrived at the AutoZone, he met with Hadfield and another male named "Slip" (later identified as WENBOURNE). WENBOURNE told Denney he was armed with a handgun and directed Denney to drive him and Hadfield to Pacific Beach to talk with an Aryan Brother shot caller. Denney was concerned WENBOURNE knew he was an AB dropout (a fact which he did not disclose to Hadfield or WENBOURNE). WENBOURNE directed Denney to drive to Fanuel Park. When Denney arrived at the park, they got out of his vehicle, and Denney was immediately confronted by a male claiming to be a "brother" in the Aryan Brotherhood. A brief argument ensued in the park about Denney's AB status. Without provocation the suspect brandished a knife and stabbed Denney on the left part of his chest with a fixed blade.  The stab wound was five inches deep and only two inches from his heart.

Denney immediately told the "brother" that he made a wrong decision. Denney explained that he was from federal custody and not California state custody. TRIPPE became apologetic and suggested there was a misunderstanding. TRIPPE asked Denney to hug it out, and he told Denney if he was going to call the police then he needed to leave the area, because he lives close by. Candace and WENBOURNE walked over to a white sedan and left the park.

E.    WENBOURNE Methamphetamine Conspiracy (24CR907-RSH)

During the investigation, as relevant to the proposed sentencing in this matter, investigators initiated several controlled methamphetamine purchases and ultimately obtained four rounds of wiretaps covering six cellular telephones between April 2019 and

October 2019.  The evidence against defendant WENBOURNE and codefendants Daniel Kaj SAMSEL ("D. SAMSEL") and Nicole Rae SAMSEL ("N. SAMSEL") was derived from the intercepted communications.

These wiretap intercepts, along with surveillance and other law enforcement efforts, ultimately revealed an ongoing conspiracy to distribute methamphetamine (as well as other drugs).  The drug distribution took place throughout San Diego, but primarily at the SAMSELs' residence on Petite Lane in Lakeside, California.  This residence was often used as a stash house and general meeting place for Lakeside Gangsters members and other criminal actors. This location, across the street from Tierra Del Sol Middle School, was the subject of law enforcement scrutiny for the entirety of the SAMSELs' residence there.

The conspiracy generally involved quantities from one ounce up to one pound.  As is often the case in drug conspiracies among criminal street gang members, the participants in this drug conspiracy often occupied different roles.  WENBOURNE sometimes supplied D. SAMSEL and N. SAMSEL with distributable quantities of methamphetamine, and sometimes obtained distributable quantities of methamphetamine from them.   Their allegiance to each other was not only due to their respective stake in the success of the conspiracy, but also owing to their longstanding membership in the Lakeside Gangsters.

As part of the plea agreement, Defendant WENBOURNE admitted that he participated in the distribution of methamphetamine on seven separate occasions. Further, Defendant WENBOURNE admitted that he was a member of the drug distribution conspiracy.

F.    Other Activities in Furtherance of the Enterprise

Investigators learned that the enterprise in which WENBOURNE and TRIPPE were involved was also involved in a variety of illegal activity within the Southern District of California and beyond. In fact, WENBOURNE, as noted above, was identified as a methamphetamine distributor.   One of his customers was Todd Johnson, who was a member of the Supreme Power Skins (SPS) race-based gang. Investigators learned that WENBOURNE coordinated the distribution of methamphetamine with another Lakeside

Gangster member, Daniel Samsel, aka "Kai," and his wife, Nicole Samsel. Investigators intercepted both WENBOURNE and Johnson. Through these calls, investigators learned that WENBOURNE sought to increase his status in the enterprise through Johnson. Johnson was a close associate with TRIPPE. Johnson agreed to introduce WENBOURNE to TRIPPE, and Johnson ultimately made arrangements for WENBOURNE to meet with TRIPPE.

TRIPPE's authority over race-based gangs was evidenced by other intercepted calls as well. During intercepted communications, WENBOURNE and another member of the Lakeside Gangsters acknowledged that there was only one person from whom they needed to seek approval to wear their Lakeside Gangster patches across their backs – TRIPPE. On August 21, 2019, at approximately 9:07 p.m., WENBOURNE received an incoming telephone call from Lakeside Gangster member Robert Miller (Session 167). During that call, Robert Miller stated, "I want to get a Harley and we will all be rocking our patches." WENBOURNE said, "Sean (TRIPPE) already told me we could . . . Lakeside gangster across the back." Miller stated, "Someone asked me the other day, 'Hey are you gonna ask anybody for permission'." WENBOURNE replied, "I already asked permission from one person (TRIPPE) that matters." Miller responded, "If it was anybody I was gonna ask Sean (TRIPPE) and that's it." These declarations are particularly notable because TRIPPE is not a Lakeside Gangster. Before becoming an Aryan Brotherhood member, TRIPPE was a member of the "Chosen Folk," race-based street gang. This obvious deference illustrates the authority TRIPPE exercised as a member of the Aryan Brotherhood.

*WENBOURNE INTERCEPTED CALLS*

Numerous intercepted calls demonstrate not only the existence of the criminal enterprise and TRIPPE's leadership position within the enterprise, but also WENBOURNE's ongoing efforts to improve his position within the enterprise. Several of these calls are provided below.

On June 18, 2019, at approximately 2:54 p.m., WENBOURNE received an incoming telephone call from Chucky Lynch, who maintained a close relationship with TRIPPE and

often acted at TRIPPE's behest.   Lynch said, "This is Chucky...What's cracking?" WENBOURNE said, "I ran into this dude you know." Lynch replied, "I heard…Who was it? That Bam (identified by investigators as Christopher Hartman)." WENBOURNE stated, "That dude homie." Lynch responded, "The guy (Hartman) breaks my heart. You know what I mean? He's one of those (person in bad standing with the gang). Back in the day they (Nazi Low Riders, a white prison gang) open the door up and said, hey all these fools if you want out, no hard feelings you can get out, know what I mean? So he chose to get out and go have a wife and a kid with Bev and all this crazy nonsense and go to the bible and he hates all of us now, you know what I mean?"

Lynch went on to clarify his role within the Aryan Brotherhood. Lynch stated, "You know who my work out partner is?"  WENBOURNE asked, "You talking about old man (Aryan Brotherhood member TRIPPE)?"   Lynch said, "T (TRIPPE)… I seen him (TRIPPE) last night and he asked me about this. He (TRIPPE) even told him (Hartman) once you better shut that shit up out of your mouth….There's only one (Aryan Brotherhood member) that's recognized in San Diego.  You know the first two letters of the alphabet (AB – Aryan Brotherhood)." WENBOURNE replied, "Yes." Lynch said, "There's only one Rider (Nazi Low Rider member) in San Diego that's recognized through his people (TRIPPE and the Aryan Brotherhood). That's the end of the story."

In addition, WENBOURNE stated, "Yeah, I said hey fool you hanging around my neighborhood (Lakeside Gangsters) right now. What's up?  You talking to Chucky at all…He was saying that you're (Lynch) going to help him get his shirt company off the ground…I treat him like a friend…until I have directly back from someone…I'm no Rider (NLR member) homeboy. I'm a Lakeside Gangster."  Lynch replied, "He ain't on bad terms but he knows he shouldn't be saying that and any people have told him that and he gets in trouble for it all the time." WENBOURNE stated, "The way he introduced himself to me, face to face, shook my hand, and told me what's up Nazi Low Rider, you know, to the females, to every person." Lynch replied, "He shouldn't be saying that…I heard him

1  say that too and I told him shut that shit up out of your mouth (stop claiming to be an NLR
2  member). It will catch up to him (he'll be punished for it). It always does (we always do)."

3  During the conversation, WENBOURNE stated, "He (Hartman) seems like he's
4  active (member of the NLR)." Lynch replied, "He never SNY'd up (placed himself in the
5  Sensitive Needs Yard in prison). A lot of dudes from San Diego get themselves in a lot of
6  trouble…Like the one you know (referring to a Lakeside Gangster nicknamed Irish who
7  was assaulted on behalf of the Aryan Brotherhood). He (Irish) got himself in a little
8  trouble…He got whooped (assaulted) and we don't recognize him…That was my
9  homeboy…I felt bad because I'm the one that made him cover that stuff (tattoo) up on his
10 face." WENBURNE asked, "The clover?" Lynch responded, "He put that [clover tattoo[2]]
11 there because he thought, one of his friends (Aryan Brotherhood members) was going to
12 bring him in (as a member of the Aryan Brotherhood). Where Bam (Hartman) hanging out
13 at?" WENBOURNE replied, "Wintergardens…He (Hartman) was just too high for me to
14 trust…I did some business (distributed drugs to) with him…I hooked him up. I just treated
15 him like any white man."

16 Lynch said, "Tell him (Hartman) you talked to me. Just say you know you shouldn't
17 be saying that (being a member of the NLR) out your mouth." WENBOURNE replied,
18 "I'm going to tell it like this. I'll stand by this. This man (Hartman) said, 'well Chucky
19 (Lynch) ain't nobody.' He kept on using Sean's (TRIPPE'S) name." Lynch responded,
20 "He's already been told once but he'll get told again."

21 On June 18, 2019, at approximately 3:19 p.m., WENBOURNE received an incoming
22 call from Lynch. Lynch stated, "I just called him (TRIPPE). Said he fixed it and he's good
23 now. He (Hartman) fixed it with Sean (TRIPPE)." WENBOURNE replied, "You want
24 me to punch him (Hartman) out…If that's what you guys are thinking."

25
26
27
28

---

[2]  The three-leaf clover is a symbol used to represent membership in the Aryan Brotherhood.

22CR1241/24CR907-RSH

On June 18, 2019, at approximately 3:55 p.m., WENBOURNE received an incoming telephone call from Lynch. Lynch said, "I just talked to that dude (Hartman). Says he fixed it with my workout partner (TRIPPE)…Put him (Hartman) on blast, now I'm going to get up in his business…You have a list. If you're not on the list, I won't tell you. Not all the old men (Aryan Brotherhood members) know who's on the list and who's not because they know who they can call…Chuckles (Lynch)." WENBOURNE and Lynch continued speaking about their time in state prison. WENBOURNE stated, "I'm 30 years old, but I've had my family for almost 7 years, you know, and I've been to the SHU (Security Housing Unit), I did 4 stabbings in 4 years dude like, I did mine you know. The first yard I ever walked in Donovan (State Prison) on the reception yard I wacked (killed) somebody, you know, never seen a year go down before I did that…I understand what the pecking order is you know, and I've been around for long enough and been to the SHU long enough." A review of CDCR records confirmed that during WENBOURNE's prison term, he was involved in several serious incidents resulting in his placement into the Security Housing Unit (SHU), including a Battery on Inmate with Weapon resulting in Serious Injury.

Lynch and WENBOURNE discussed other AB members they know in common, including "Ghost" (Alan Johnson), who at the time was in custody at Centinela State Prison, and "Grumpy" (AB member Robert A. Pandolfi), who is currently on State Parole. Lynch and WENBOURNE discussed an incident involving "Ghost and Grumpy." WENBOURNE said, "They (Alan Johnson and Pandolfi) got the fucking COP off the tier in Chino right?" Lynch responded "yeah."

*Marijuana Dispensary Extortion*

Investigators learned that WENBOURNE and TRIPPE were involved in "taxing" at least one illegal marijuana dispensary on Winter Gardens Boulevard, in Lakeside, California. WENBOURNE and TRIPPE required the property owner to pay for "protection." Investigation into the Winter Gardens dispensary, and others, was underway for several months. Ultimately, investigators searched the Winter Gardens dispensary and shut it down on June 16, 2020. During the execution of the search warrant, investigators

found numerous credit cards in the name of Justine George.  At the time, Justine George was in a relationship with WENBOURNE.

While the dispensary was in operation, and prior to the execution of the search warrant, WENBOURNE was placed in custody.  While in jail, he placed numerous calls to Justine George, and others, regarding the Winter Gardens dispensary and money owed to him and TRIPPE.  Several examples of those calls are described below.

On February 19, 2020, at approximately 3:20 p.m., WENBOURNE called Justine George at telephone number (619) 820-2676. WENBOURNE made the call from the San Diego County Jail, and the call was recorded. WENBOURNE stated, "Can you Scotty…Do you need Scotty's number? 619-201-1904. (Investigators identified telephone number (619) 201-1904 being associated to Scott Lee Fallow.) Go by the dispensary and tell Jake (identified as Jake Austin White) I'm locked up. Tell him, 'can you shoot my man some money, he's locked up'…The Chaldean dude that works there. He's the owner. He's got money."

George replied, "At the one (dispensary) I like?" WENBOURNE said, "The Bud Room…The dispensary that I helped, the one that just opened. And the other one…He works there…They can hook me up…Tell Scotty (Fallow) not to hand any money but to you."

On February 28, 2020, at approximately 2:59 p.m., WENBOURNE called Justine George at telephone number (619) 820-2676. WENBOURNE made the call from the San Diego County Jail, and the call was recorded.  WENBOURNE stated, "I got to send some money to fucking somebody. You know…It's to Sean (TRIPPE) or whatever. You know who I'm talking about…You understand who and what I'm talking about…I'm going to have someone call you and pick up the money and give it to Robert (Lakeside Gangster member Robert Miller) or fucking Homeboy and just tell him to get it up to him (TRIPPE)…It's just for some of my drawings."

On March 24, 2020, at approximately 8:48 p.m., WENBOURNE called Robert Miller at telephone number (619) 385-3280. WENBOURNE made the call from the San

Diego County Jail, and the call was recorded. Miller stated, "That weed shop in El Cajon I was dealing with was an old tire shop and the dude was like get rid of the tires. I called Kaj (Lakeside Gangster Daniel Kaj Samsel). He (owner of the dispensary) was like you can have as many (tires) as you want for free." WENBOURNE replied, "This dude Scotty (Scotty Fallow), that fool Scotty…That fool Knuckles (Luis Tejeda). The money dude owes us for the dispensaries, is fucking, ahh, three racks ($3,000.00) from the top…Scotty (Fallow) picks up 15 grand ($15,000.00) of that dude's money every fucking month on the 17th. There is no fucking reason that you shouldn't be in that car with him picking up that 16 grand."

Miller responded, "Knuckles (Tejeda) has tried to fenagle it and twist and turn it because he got me doing security at the other club, I mean the other shop (marijuana dispensary). WENBOURNE stated, "I don't care what Knuckles (Tejeda) has to say. The only reason the dispensary opened is because…I was going to turn myself in…Go with Scotty (Fallow) to pick up the 16 grand ($16,000.00) and grab five ($5,000.00) and bail me out. Don't let Scotty (Fallow) tell you different."

Miller said, "Everyone promised Sean (TRIPPE) money too. Sean (TRIPPE) hit me up today. I was fucking like, 'Hey cause Scotty told me I couldn't get a hold of you on the 16th or 17th, whatever'…I was doing a violation…Knuckles is in a program…So he's like next month his (Tejeda's) wife is going to pay double…So I had Sean (TRIPPE) hit him up today and he's (Fallow) like Oh yeah, I don't know…It's a big old headache. That's why I was trying to tell you dog when we first started with Knuckles (Tejeda) I was like you need to involve me. That way I know everything. The ins and outs of everything."

WENBOURNE said, "I tried to do as much as I could. You were there for the whole process but when you were out in Ocean Beach or whatever with your girl in Point Loma. I involved you in as much as I possibly could. I updated you on everything I was doing. You knew just as much as I did. The only thing you weren't there for was the opening. I was there for the opening. The only reason they opened was because I was there. They thought the crazy old man (TRIPPE) was going to freak the fuck out. You know what I

22CR1241/24CR907-RSH

mean? When that dude (Tejeda) jumped out to rehab the first time I stayed for three days, overnight, making sure the security was done. Otherwise, they weren't opening. Jake (White) called me and asked me if I was going to be there. That was when Mikey was freaking out at his old lady's house. I stayed there for three more days and then got busted two days later…Thirty-two hundred ($3,200.00) is not much to ask…Scotty (Fallow) said he's got one thousand of it himself…Grab the whole five ($5,000.00) …Fuck that dude Knuckles (Tejeda). That's for my lawyer…He (Tejeda) said he would pay for my lawyer. My lawyer is saying he hasn't been paid…You can sit with this dude Scotty (Fallow) and tell him how it is…he's (Fallow) the middleman. He's the one that grabs the cash, homie. The fifteen racks ($15,000.00)."

On April 3, 2020, at approximately 10:23 p.m., Brett WENBOURNE called Justine George at telephone number (619) 820-2676. WENBOURNE made the call from the San Diego County Jail, and the call was recorded. WENBOURNE stated, "Luis Tejeda'[s] career is over, By the time he gets out of prison he is going to be a PC."

On April 19, 2020, at approximately 8:40 p.m., Brett WENBOURNE called Justine GEORGE at telephone number (619) 820-2676. WENBOURNE made the call from the San Diego County Jail, and the call was recorded. GEORGE said, "Knuckles (Tejeda) is out of rehab. I was talking to your brother (Robert Miller) …Your brother said tell Split (WENBOURNE) to convince him of the original deal and threatened his life." WENBOURNE replied, "Tell my brother (Miller) I'm done with him (Tejeda), and I'll see him when I get home…Tell my brother to treat that man (Tejeda) like I would treat his enemy. Tell him I said fuck Devil's Disciples. Tell Robert that fool said he is at war with every red and white (Hells Angels OMG) …Go have him introduce him to Colin (Colfescu) and those dudes… Have him tell Sean (TRIPPE) that to…I don't give a fuck about any biker gang, but that dude pushed the line…As soon as I met that dude (Tejeda) and shook his hand he told me Sean TRIPPE was a rat. That was out of his mouth, and I corrected that dude in front of Scotty (Fallow).

//

# III.

## SENTENCING GUIDELINES

### Group 1

| | | |
|---|---|---|
| 1. | Base Offense Level (VICAR) [§§ 2E1.3(a)(2), and 2A2.2(a)] | 14* |
| 2. | Dangerous Weapon [§ 2A2.2(b)(2)(B)] | +4 |
| 3. | Serious Bodily Injury [§ 2A2.2(b)(3)(D)] | +4 |

### Group 2

| | | |
|---|---|---|
| 4. | Base Offense Level (Over 20 grams Meth actual) [§ 2D1.1(c)(7)] | 26 |
| | Group 1 = ½ Unit Group 2 = 1 Unit | |
| 5. | Combined Offense Level [§ 3D1.4] | 28 |
| 6. | Acceptance of Responsibility [§ 3E1.1] | -3 |
| 7. | Combination of Circumstances [§ 5K2.0] | <u>-2</u> |
| | Adjusted Offense Level | 23 |
| | Criminal History Category | VI |
| | Range | 92 -115 |

# V.

## SENTENCING RECOMMENDATION

Defendant Wenbourne's guideline calculation results in a guideline range of 92 - 115 months. In this case, Probation recommends a sentence of 110 months' custody (as to each count, concurrent) is appropriate, and the United States concurs.

22CR1241/24CR907-RSH

The 18 U.S.C. § 3553(a) factors, including the need for the sentence to reflect the seriousness of offense, promote respect for the law, to afford adequate deterrence, and to protect the public from further crimes of the defendant, support the sentence recommended by Probation and by the United States. As noted in the PSR, there are multiple aggravating circumstances that warrant consideration. The aggravating factors include the seriousness of the offenses, Defendant Wenbourne's extensive criminal history including violent crimes, gang membership and numerous arrests.

Defendant Wenbourne was involved in a conspiracy to distribute dangerous drugs in this community along with other white supremacist gang members. Furthermore, as noted in the PSR, the victim in this case is fortunate to be alive. Defendant Trippe stabbed the victim with such ferocity that the weapon punctured the victim's lung. As noted in the Victim Impact Statement, Donald Denney continues to experience negative effects from the violent assault in this case. In further aggravation, Defendant Wenbourne delivered the victim to Fanuel Park for the purpose of gaining entrance to and maintaining and increasing his position in the Aryan Brotherhood.

The seriousness of the offenses, when considered in light of Defendant Wenbourne's 20-year criminal history, supports a significant sentence. Defendant's extensive criminal history is particularly noteworthy for the number of violent felony offenses and firearm offenses. Moreover, Defendant Wenbourne's own statements provide evidence of his violent nature, and the sentence should take into account the need to protect the public from him. As noted above, during an intercepted call, Wenbourne stated, "I'm 30 years old, but I've had my family for almost 7 years, you know, and I've been to the SHU (Security Housing Unit), I did 4 stabbings in 4 years dude like, I did mine you know. The first yard I ever walked in Donovan (State Prison) on the reception yard I wacked (killed) somebody, you know, never seen a year go down before I did that…I understand what the pecking order is you know, and I've been around for long enough and been to the SHU long enough."

Furthermore, Defendant's long-term membership in a white supremacist gang and his willingness to improve his position within those gangs through the use of violence,

22CR1241/24CR907-RSH

provides further support for a determination that the sentence imposed in this case should be crafted to protect the public from further crimes by Defendant. The United State fully concurs with Probation's analysis that prior criminal sanctions were insufficient to deter Defendant from committing serious criminal acts. Instead, Defendant continued to commit crimes, continued his gang membership and continued to abuse drugs. The United States believes the most important § 3553(a) factor is to protect the public, however, a sentence that also serves to deter this Defendant is also an important factor. The United States believes that the 110-month recommended sentence will serve that function.


DATED: May 2, 2025                          Respectfully submitted,

                                            ADAM GORDON
                                            United States Attorney

                                            /s/*A. DALE BLANKENSHIP*
                                            A. DALE BLANKENSHIP
                                            Assistant United States Attorney
                                            JONATHAN I. SHAPIRO
                                            Assistant United States Attorney

                                            Attorneys for Plaintiff
                                            UNITED STATES OF AMERICA

22CR1241/24CR907-RSH

# Attachment A



**U.S. Department of Justice**

*Tara K. McGrath*
*United States Attorney*
*Southern District of California*

*Abigail Hooks*                        *(619) 546-6751*
*Victim-Witness Coordinator*          *Fax (619) 546-0720*

## VICTIM IMPACT STATEMENT

*If you need more space to answer any of the following questions, please feel free to use as many pages as you need, attaching them to the Victim Impact Statement.*

### United States v. Trippe, Michael et al.
### Court Docket Number:22-cr-01241; Case No.: 2022R02050

**Name of Victim:** Donald Denney
**(Please print Legibly)**

How have you and your family been affected by this crime?  This may include both how you felt immediately after the crime and/or how you felt after some time has passed.

My whole family was relocated and everything they've known was uprooted

Have you or anyone on your behalf initiated bankruptcy as a result of this alleged crime?  (_____) YES / ( X ) NO.  If yes, please state the case name, court location, and docket number, and status of the case.

Have you filed a civil suit against the defendant(s)?  If yes, please list the case name, court location, docket number and current status of the case.

No But in the process of it

Have you received any money or assets from the defendant(s) as a result of this litigation?  (_____) YES / ( X ) NO.  If yes, how much?  (Attach verification.)

## VICTIM IMPACT STATEMENT (Page 2)

Have you or members of your family received counseling or therapy as a result of this crime?  Please explain.

_NO_

Do you relate to people differently since the crime?  Please explain.

Because of the Crime I cant go around anyone anymore

Has the crime affected your family's livelihood and lifestyle?  Please explain.

Yes, They all had to move out of State due to what happened Cant Talk To family & friend anymore

Have you experienced any of the following reactions to the crime: (PLEASE REALIZE THESE ARE NORMAL REACTIONS TO A TRAUMATIC EVENT OR SITUATION.)

_✓_ Anger;  _✓_ Anxiety;  _✓_ Fear;  _✓_ Grief;  ___ Guilt;  _✓_ Numb;
___ Sleep Loss;  _✓_ Nightmares;  _✓_ Appetite Change;  _✓_ Unsafe;
_✓_ Trouble Concentrating;  _✓_ Repeated Memory of Crime;  _✓_ Chronic Fatigue;
_✓_ Uncontrolled Crying;  _✓_ Depression

Please describe any other feelings you have had in response to the crime which you would like to share with the Judge.  These may be either feelings you felt immediately after the crime, or those that you still feel.

Do you feel the defendant is or will be a threat to you, your family or the community?
( X ) YES / (____)NO.  Please explain.

He has sworn under oath being in the gang to kill me

What else would you like the Judge to know about the defendant, or your situation as a result of the crime.

Due to the time he has been given, he's gonna be out Sooner to fullfill his duty as a Active Gang member to end up Killing me, and letting him out of Jail will enable him to Come after me Sooner

**Would you like to address the court at the sentencing hearing?** and I see there ( X ) YES / (____) NO. is no Justice

## VICTIM FINANCIAL STATEMENT/FINANCIAL (Page 3)

1.  Please list your actual financial losses from this crime.  List only those items for which you have not been or do not expect to be repaid.  Please attach receipts or other records whenever possible.  (Use additional paper if needed.)

N/A

**TOTAL ACTUAL LOSS ..... $_____**

2.  Please list any amounts of money that have already been repaid by the defendant(s) in response to this crime.

3.  Was any income lost as a result of the crime?  If so, please state reason for the loss of income and estimate the total dollar amount lost.  Indicate how your loss was calculated.

Loss of being able to get my Life on trac whated my Head screwed up

4.  Have you been assessed any additional taxes, penalties or interest by the federal government as a result of this case?  (____) YES / ( ✓ )NO.  If yes, please explain. when ended me back In prison

5.  If you have suffered any other expenses as a result of this crime, please list them below.  Include such items as counseling, medical bills, etc.  Please be specific and attach copies of receipts if possible.

Seeing Doctors for about 1 and a half months to have my wound clean

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

I declare under penalty of law that the above information is true and correct.

Print Name:  Donald Denney

Signature:  Donald Denney

Date:  2/10/25